IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL MATOS LUGO,<br><br>Plaintiff,<br>　　　　v.<br><br>SOCIEDAD ESPAÑOLA DE AUXILIO MUTUO Y BENEFICIENCIA DE PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 20-1314 (CVR) |

## JUDGMENT

Pursuant to Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Docket No. 109), all claims brought by Plaintiff Angel Matos Lugo against Defendants Hospital Auxilio Mutuo and MedPro as its insurer are DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the Confidential Partial Settlement Agreement and General Release.

　　IT IS SO ORDERED.

　In San Juan, Puerto Rico, on this 1st day of August 2025.

　　　　　　　　　　　　　　　　S/CAMILLE L. VELEZ-RIVE
　　　　　　　　　　　　　　　　CAMILLE L. VELEZ-RIVE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE