IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ÁNGEL M. MATOS-LUGO<br><br>  Plaintiffs<br><br>     vs.<br><br>HOSPITAL ESPAÑOL AUXILIO MUTUO DE PUERTO RICO, INC. d/b/a HOSPITAL AUXILIO MUTUO; et als<br><br>  Defendants | CIVIL NO.  20-CV-01314<br><br>PLAINTIFFS REQUEST JURY TRIAL |

**MOTION REQUESTING JUDGMENT OF VOLUNTARY DISMISSAL
WITH PREJUDICE PER DOCKET NO. 109**

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiff through the undersigned legal representation, and very respectfully **STATE, REQUEST AND PRAY:**

1. On August 1, 2025, Plaintiff filed a motion of voluntary dismissal against all co-defendants and informing the Honorable Court that a settlement was reached with all codefendants in this case. (See Docket 109) Notwithstanding, this Honorable Court entered a Judgment exclusively dismissing with prejudice all claims against co-defendant Hospital Auxilio Mutuo and MedPro as its insurer. (See Docket 110).

2. As such, Plaintiff requests that a judgment dismissing, with prejudice, all claims against all other codefendants be entered, specifically, co-defendants ER Special Care, LLC, Dr. Gadiel Merced Álvarez, Dr. Jessie Giron and Puerto Rico Medical Defense Insurance Company as insurer of said co-defendants doctors, as stated in stated in Docket No. 109.

**WHEREFORE**, for the reasons stated above, Plaintiffs very respectfully request that this Honorable Court enter judgment dismissing all claims with prejudice against co-defendants ER Special Care, LLC, Dr. Gadiel Merced Álvarez, Dr. Jessie Giron and Puerto Rico Medical Defense Insurance Company as insurer of said co-defendants doctors, as stated in motion at Docket No. 109.

**CERTIFICATION**: I hereby certify that, on this same date. I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED:**

In San Juan, Puerto Rico, this 5th day of August 2025.

S/**Pedro F. Soler Muñiz**
**PEDRO F. SOLER-MUÑIZ**
**USDC-PR NO. 212,909**
Pedro F Soler Muñiz
1225 Ave. Ponce de León
Edif. VIG Tower, Suite BS-D
San Juan, PR 00907
Tel. 787-774-6522; Fax. 787-706-8680
psoler@pedrosolerlaw.com

S/**Alejandra C. Martínez Méndez**
**ALEJANDRA C. MARTINEZ MENDEZ**
**USDC/PR NO. 303111**
Pedro F. Soler Muñiz
1225 Ave. Ponce de León
Edif. VIG Tower, Suite BS-D
San Juan, PR 00907
Tel. 787-774-6522; Fax 787-706-8680
amartinez@pedrosolerlaw.com

S/ **Alejandro J. Fernández Muzaurieta**
**ALEJANDRO J. FERNÁNDEZ MUZAURIETA**
**USDC-PR 223706**
PO Box 16264
San Juan, PR 00908-6264
Tel. 939-337-4740
alejandrofernandezz@yahoo.com