IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL MATOS LUGO,<br><br>Plaintiff,<br><br>        v.<br><br>SOCIEDAD ESPAÑOLA DE AUXILIO MUTUO Y BENEFICIENCIA DE PUERTO RICO, et al.,<br><br>Defendants. | CIVIL NO. 20-1314 (CVR) |

**AMENDED JUDGMENT**

      Pursuant to Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Docket No. 109), all claims brought by Plaintiff Angel Matos Lugo against Defendants Hospital Auxilio Mutuo and MedPro as its insurer, ER Special Care, LLC, Dr. Gadiel Merced Álvarez, Dr. Jessie Girón and Puerto Rico Medical Defense Insurance Company as insurer of said co-defendants doctors, are DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the Confidential Partial Settlement Agreement and General Release.

      IT IS SO ORDERED.

      In San Juan, Puerto Rico, on this 5th day of August 2025.

                                        S/CAMILLE L. VELEZ-RIVE
                                        CAMILLE L. VELEZ-RIVE
                                        UNITED STATES DISTRICT JUDGE